[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
August 3, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-14733
Non-Argument Calendar

_____

D. C. Docket No. 05-00006-CR-5-MCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

AURELIO MARTINEZ-ABUNDIZ,
a.k.a. Aurelio Martinez-Abundez,
a.k.a. Jose Martinez, et al.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(August 3, 2006)**

Before CARNES, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Aurelio Martinez-Abundiz in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Martinez-Abundiz's conviction and resulting sentence are **AFFIRMED**.